Exhibit A: Report of Dr. Rich

Filed Under Seal