# Exhibit B: Morrows' Letter

The Honorable Patricia T. Giles, US District Judge

US District Court, Eastern District of Virginia, Alexandria, VA 22314

July 19, 2024

Re: Anna Layher Sentencing

Dear Judge Giles,

We are Anna's parents and are writing to respectfully request your consideration for a reduced, or no more than the minimum statutory sentence via this character letter reference. Pleading guilty to this heinous conduct and behavior is the first step to accepting responsibility for her actions to begin her road back to redemption. As Anna's parents, the remainder of this letter shall be an honest and transparent view of Anna's character over the years through to today.

Anna has lived two lives for over half her life, always seeking to fit in each of those lives simultaneously.  When she was with our family and family/church friends she was always kind and outgoing, seeking to please with an abundance of energy with a love for people and was a joy to be around.  However, the older she became she sought 100% independence and developed a rebellious spirit and left home at 18 preferring to join and follow a family/crowd who did not have her best interests at heart, and quite frankly, used her.  During these couple of difficult years, Anna still wanted to see us, be a part of our family, and receive our love which she and we did.  Unfortunately, we believe she felt more accepted and comfortable around the other crowd/family, reinforcing low self-esteem and a poor opinion of herself and her substantial God given capabilities of love, kindness, empathy, hard work and significant mechanical capabilities, as well as a substantial, but masked intellect.

Fast forward to Anna becoming pregnant ▮▮▮▮▮▮▮▮ seven years ago and moving back in with us. We set up boundaries for Anna regarding part time work, taking her medication ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, as well as receiving excellent counseling.  During this two-year time period, Anna demonstrated excellent maternal instincts and mothering skills, rarely left ▮▮▮▮▮▮'s side, never asked for us to babysit other than when she worked, truly loved ▮▮▮▮▮▮, took excellent care of her, and ▮▮▮▮▮▮ loved her mom.



Anna then moved out and married ▮▮▮▮▮▮'s birth father and eventually also had ▮▮▮▮. We saw them once or twice a week usually 'out' or at our house.  The kids always seemed well taken care of and happy.  She did stop taking her medicine despite our encouragement to continue. The marriage failed ('kids having kids') and Anna was on her own with the kids with most of the childcare and financial responsibility.  During this time, we saw them (Anna, ▮▮▮▮▮▮, and ▮▮▮▮) every Sunday at our house and usually saw ▮▮▮▮▮▮ every Wed. evening for AWANA (kids church), ▮▮▮▮ was too young to attend.  The kids seemed healthy, happy, and obviously loved their mom very much, so Anna certainly seemed to be doing a good job of mothering under very difficult circumstances for a young mom on her own.  But we truthfully and factually do not know what was happening the majority of the time when she was not visiting us or we visited them.   Based on her arrest and charges she obviously succumbed to the 'other life' and allowed the evil influences of others and put her children in harm's way.

Currently, since her arrest we talk to Anna once a week and exchange letters as well.  We have included an unscripted excerpt (attached PDF) from a recent letter from Anna to demonstrate her repentance and focus on accepting responsibility for her actions and hurt she has caused. We are encouraged by her continued growth via empathy for others and diminished reflection of self-pity since incarceration.  She will continue to face the challenge of which two life paths she will choose to take, including while in prison, but with time to self-reflect and her recent pursuit of a 'real' relationship with our Lord and Savior, we pray and trust she will finally choose the path to redemption.

We encouraged Anna the first time we talked to her after the February arrest that the Lord did not make a mistake when he chose her for our family and we flew to Russia to adopt her and bring her home.  Her life story is far from written and now that she is choosing the righteous path, she will continue to grow and mature, and with her love for people she will surely be an encouragement and blessing to others in prison and when she is finally released.

Your Honor, Anna and we are truly sorry for what she has done, and the harm caused to our precious grandchildren, Autumn and Jonah.  Per our conversations and letters, she is prepared to face the consequences of her actions. We ask for sentencing leniency and mercy. We appreciate your time and attention, your difficult job, and we thank you for your consideration.

Sincerely,


John and Pam Morrow

6/28/2024

Page 3

Anyway, I am hanging in there. I did send Mom a text stating how to send the mail to me because it will be viral now instead of in person, kinda annoying honestly! I'm also including the Med list that I am taking! I wonder why God made me this way and deep down I always knew I was different but I tried to mask it, if that makes sense. That got me Nowhere! I always wanted to be accepted but I knew I was "socially Akward" I looked toward the wrong things and people to get that feeling of acceptence and Now I have a long process of "Healing self-inflicted tramua". I have a very long Road ahead of me but I know I can overcome this. Just because I have this disability does not mean that I can't and wont do great things I just have to know how to handle things and people and feelings! I did not mean to intentionally hurt y'all or anyone especially the kids, So I am sorry. I guess this is where I start to build a better life for myself in the best possible ways that i can. So here's to a New chapter! I also am trusting in God for guidence and mercy, Grace, and peace through this entire deal! Anyway that's all I Really have to say. Just Bearing through it all. I Love y'all and thanks for the support you have given! Hang in there and Hold on to the Lord!

Love Yall ♡