Exhibit C: Letter from Anna Layher

Dear Judge Giles,

I want to express how deeply sorry I am for the actions that I chose. If I could do anything to go back and have a second chance to change the circumstance I totally would. I should not have allowed myself to be influenced by my peers. I take full responsibility for my actions and understand how this not only has affected me, but has also effected my family and Kids to a greater degree. I will never be able to erase the tramua that that has caused my kids. I have to live with that guilt everyday, I was supposed to be the one to protect them instead I brought them harm and I cannot express with words the deep hurt and regret that I have. I do struggle with a mental disability but that still doesn't excuse my actions, I wholeheartedly accept any punishment that you bestow upon me!

This letter does not describe the amount of guilt and anger that I have with myself over my actions. Knowing that I will not be there for Christmases and Birthdays haunt me everyday, I wish I could reverse time, knowing that there is a chance my mom and dad will not be here when i get ojt saddens me deeply. I also realize how it effected my friemdships as well. I havelost manh friends. my Faith in the Lord has been what's getting me through this entire situation, knowing that He is with me and He has a purpose for me has given me hope, He has also forgiven me for the sinful actions that I have done. I am asking for forgiveness from you as well, and one day I hope to ask for forgiveness from my kids and my family.

My plan while in prison is too get deep counseling and to identify my strengths and weakness but to also heal my tramua in order to make me a better person, I also plan to get a job to keep myself busy, I plan to look into possible occupations when I am released from prison, I plan to enter as many programs as I possibly can, programs such a as parenting, becoming a better person, healing internal tramua , finding my talents etc. I plan to stay away from any negative people whom migght fget me into trouble. Iplan to work on ME. My goals for when I get released from prison is to continue to go to a counsoler, to join a church, find a job that best suits me and my abilites and to restore broken relationships the best that i possibly can, to find a place to live and rebuild my life and to surrond myself with people who are God-Fearing , compassionate and who will help me to stag on the right path. God is a compassionate God one of grace and mercy, and He is my strength through this time.

I cannot express enough how very sorry I am for my actions, I'm asking that you have mercy and grace on me and I accept whatever sentence that you give me. Thank you for reading this letter!

Sincerely,

Anna Layher